```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
COCHISE SAPP,                             :    07 CIV. 8266 (DLC)
                    Plaintiff,            :
                                          :    NOTICE AND ORDER OF
          -v-                             :    PRETRIAL CONFERENCE
                                          :
OFFICER RIED, #9277; OFFICER BRANDS       :
#13259; OFFICER BREATHWARTE, #12826;      :
CAPTAIN C. NAUGHTON, #257, and OFFICER    :
CONYERS, #5858;                           :
                    Defendants.           :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

DENISE COTE, District Judge:

  The action listed above having been assigned to me for all purposes, it is hereby

  ORDERED that all parties or their counsel appear for a pretrial conference with the Court on **January 18, 2008** at **2:30 p.m.** in Courtroom 11B, 500 Pearl Street. Principal trial counsel for each party must be present at the conference.

  If you are incarcerated and do not have counsel, a family member or a representative may attend the conference for you. If you designate a representative, he or she should immediately contact Gloria Rojas, Courtroom Deputy Clerk, at (212) 805-0097, to advise the Court that they will be attending as your representative. The representative should provide Ms. Rojas with an address and telephone number at which he or she can be reached. A transcript will be made of the conference and it will be sent to you. You may also send a letter to the Court, by sending it to this Court's Pro Se Office, Room 230, United States

1

Courthouse, 500 Pearl Street, New York, New York 10007 which must be received prior to the conference, discussing any issues you wish to raise at the conference.

YOU ARE DIRECTED (i) TO NOTIFY THE ATTORNEYS FOR EACH DEFENDANT IN THIS ACTION OF THIS ORDER BY SERVING EACH ATTORNEY WITH A COPY OF THIS NOTICE AND THE INDIVIDUAL PRACTICES FORTHWITH, AND (ii) TO FILE PROOF OF SUCH SERVICE WITH THE COURT BY SENDING IT TO THIS COURT'S PRO SE OFFICE, ROOM 230, UNITED STATES COURTHOUSE, 500 PEARL STREET, NEW YORK, NEW YORK 10007. IF YOU ARE UNAWARE OF THE IDENTITY OF COUNSEL FOR A DEFENDANT, YOU MUST FORTHWITH SERVE A COPY OF THE NOTICE AND PRACTICES ON THAT PARTY.

A copy of this Court's Individual Practices in Civil Pro Se Cases is enclosed. Attorneys and unrepresented parties are directed to consult these rules with respect to communications with chambers, requests for adjournments, and related matters.

SO ORDERED:

Dated:   New York, New York
         December 7, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　　United States District Judge

COPIES SENT TO:

Cochise Sapp
#441-07-00752
N.I.C.
15-00 Hazen Street
East Elmhurst, NY 11370