UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
COCHISE SAPP,
                Plaintiff,

      -v-

OFFICER RIED, #9277; OFFICER BRANDS
#13259; OFFICER BREATHWARTE, #12826;
CAPTAIN C. NAUGHTON, #257, and OFFICER
CONYERS, #5858;

------------------------------------------X

07 Civ. 8266
(DLC)(DFE)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-22-08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_x_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:

\* Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:  New York, New York
        January 22, 2008

_____
DENISE COTE
United States District Judge