```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :   07 CIV. 8266 (DLC)
COCHISE SAPP,                             :
                    Plaintiff,            :   ORDER
                                          :
         -v-                              :
                                          :
OFFICER RIED, #9277; OFFICER BRANDS       :
#13259; OFFICER BREATHWARTE, #12826;      :
CAPTAIN C. NAUGHTON, #257, and OFFICER    :
CONYERS, #5858;                           :
                    Defendants.           :
                                          :
-----------------------------------------X
```

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/12/08]

DENISE COTE, District Judge:

In a letter dated March 3, 2008, plaintiff Cochise Sapp requests an opportunity to amend his complaint. The plaintiff does not explain the nature of the proposed amendment. There is no indication that the letter was served on the defendants. It is hereby

ORDERED that the plaintiff shall promptly serve the defendant with a copy of the March 3, 2008 letter. All future correspondence must be accompanied by adequate proof that the correspondence has been served on the defendants. Correspondence not accompanied by such proof of service will be returned.

IT IS FURTHER ORDERED that the plaintiff shall promptly serve a copy of the proposed amended complaint on counsel for the defendants and inquire whether the defendants consent to the filing of the amended complaint. In the event there is no consent, the plaintiff must make a motion requesting permission from this Court to file an amended complaint by **April 18, 2008**.

1

Any opposition to such a motion will be due by **May 2, 2008**. Any reply from the plaintiff will be due by **May 30, 2008**.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:   New York, New York
         March 12, 2008

_____
DENISE COTE
United States District Judge

COPIES SENT TO:

Cochise Sapp
07-A-6552
Washington Correctional Facility
P.O. Box 180, Lock 11 Road
Comstock, NY 12821-0180

Maurice Hudson
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007