```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :   07 CIV. 8266 (DLC)
COCHISE SAPP,                            :
                    Plaintiff,           :   ORDER
                                         :
       -v-                               :
                                         :
OFFICER RIED, #9277; OFFICER BRANDS      :
#13259; OFFICER BREATHWARTE, #12826;     :
CAPTAIN C. NAUGHTON, #257, and OFFICER   :
CONYERS, #5858;                          :
                    Defendants.          :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

DENISE COTE, District Judge:

    In a letter dated March 3, 2008, plaintiff Cochise Sapp requested an opportunity to amend his complaint. An Order of March 12 required the plaintiff to promptly serve a copy of the proposed amended complaint on counsel for the defendants and to inquire whether the defendants consent to the filing of the amended complaint. By letter dated April 3, the plaintiff requests an extension of time to serve copies of his amended complaint. Although the back of the envelope in which the letter was sent states, "please send copy of letter to counsel for the defendants," there is no indication that the letter was actually sent to counsel for the defendants. It is hereby

    ORDERED that all future correspondence related to this case must be sent by the plaintiff to defense counsel and accompanied by adequate proof of such service. Correspondence not accompanied by such proof of service will be returned to the plaintiff.

IT IS FURTHER ORDERED that the letter of April 3 is returned to the plaintiff.

IT IS FURTHER ORDERED that any request for an extension of time to serve a copy of the amended complaint must be made on or before **May 2, 2008.**

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:   New York, New York
         April 15, 2008

                                    _____
                                          DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Cochise Sapp
07-A-6552
Washington Correctional Facility
P.O. Box 180, Lock 11 Road
Comstock, NY 12821-0180

Maurice Hudson
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007