UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

COCHISE SAPP,

                                    Plaintiff,              **NOTICE OF APPEARANCE**

           -against-                             07 CV 8266 (DLC)(DFE)

Officer Ried #9277, Officer Brunds #13259, Officer Breathwaite
#12826, Officer Conyers #5858, Captain C. Naughton #257,

                                   Defendants.

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **Maurice L. Hudson**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants Officer Ried #9277, Officer Brunds #13259, Officer Breathwaite #12826, Officer Conyers #5858, Captain C. Naughton #257, effective immediately, replacing ACC Jordan M. Smith.

Dated:  New York, New York
          May 19, 2008

                                                      MICHAEL A. CARDOZO
                                                      Corporation Counsel
                                                           of the City of New York
                                                      Attorney for Defendants
                                                      100 Church Street, Room 3-209
                                                      New York, New York 10007
                                                      (212) 788-8684

                                        By:   _/s/ Maurice L. Hudson_____
                                                     Maurice L. Hudson
                                                     Special Federal Litigation Division

To:     Cochise Sapp (07-A-6552) (By first-class mail)
         Washington Corr. Fac.
         Box 180, Lock 11 Road
         Comstock, NY 12821-0180