```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
COCHISE SAPP,                             :
                    Plaintiff,            :
                                          :    07 CIV. 8266 (DLC)
      -v-                                 :
                                          :       ORDER
OFFICER RIED, #9277; OFFICER BRANDS       :
#13259; OFFICER BREATHWARTE, #12826;      :
CAPTAIN C. NAUGHTON, #257, and OFFICER    :
CONYERS, #5858;                           :
                    Defendants.           :
                                          :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   By letter dated August 15, 2008, counsel for defendants requests (1) that the amended complaint in this action be deemed to have been filed on August 14, 2008, the date of this Court's Order accepting that document as the plaintiff's amended complaint, and (2) that plaintiff be required to re-serve all named defendants with a copy of the amended complaint. It is hereby

   ORDERED that the amended complaint in this action (Docket No. 20) will be deemed to have been filed on August 14, 2008.

   IT IS FURTHER ORDERED that defendants' request that they be re-served with a copy of the amended complaint is denied.

SO ORDERED:

Dated:    New York, New York
          August 15, 2008

                                    _____
                                              DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Cochise Sapp
07-A-6552
Washington Correctional Facility
P.O. Box 180, Lock 11 Road
Comstock, NY 12821-0180

Maurice Hudson
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007